FILED US District Court-UT
JAN 21 '21 PM04:10

JOHN W. HUBER, United States Attorney (No. 7226)
BRANDEN B. MILES, Special Assistant United States Attorney (No. 9777)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY WAYNE PATTAN,<br><br>Defendant. | **INDICTMENT**<br><br>VIOS.<br>21 U.S.C. § 841(a)(1) -- Possession of a Controlled Substance, Methamphetamine with Intent to Distribute [Count I];<br>21 U.S.C. § 841(a)(1) -- Possession of a Controlled Substance, Psilocyn with Intent to Distribute [Count II];<br>21 U.S.C. § 841(a)(1) -- Possession of a Controlled Substance, Marijuana with Intent to Distribute [Count III]. |
| The Grand Jury charges: | Case: 1:21-cr-00009<br>Assigned To : Barlow, David<br>Assign. Date : 1/21/2021<br>Description: |

**COUNT I**

**21 U.S.C. § 841(a)(1)**
**(Possession of a Controlled Substance with Intent to Distribute)**

On or about July 13, 2020 in the District of Utah,

**TIMOTHY WAYNE PATTAN,**

the defendant herein, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of methamphetamine, a schedule II controlled substance within the meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

### COUNT II
### 21 U.S.C. § 841(a)(1)
### (Possession of a Controlled Substance with Intent to Distribute)

On or about July 13, 2020 in the District of Utah,

**TIMOTHY WAYNE PATTAN,**

the defendant herein, did knowingly and intentionally possess with intent to distribute psilocin mushrooms, a schedule I controlled substance within the meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

### COUNT III
### 21 U.S.C. § 841(a)(1)
### (Possession of a Controlled Substance with Intent to Distribute)

On or about July 13, 2020 in the District of Utah,

**TIMOTHY WAYNE PATTAN,**

the defendant herein, did knowingly and intentionally possess with intent to distribute less than fifty (50) kilograms of Marijuana, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(D).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 21 U.S.C. § 841, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but not limited to:

- $24,661 in United States Currency
- 2005 Dodge Ram 2500 VIN (3D7KS28C35G768870)

A TRUE BILL:

_____
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

_____
BRANDEN B. MILES
Special Assistant United States Attorney

AO 257 (USAO REV. 6/99)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT FEDERAL COURTHOUSE
351 SOUTH WEST TEMPLE, SALT LAKE CITY, UTAH 84101

**DEFENDANT – U.S. vs.**
TIMOTHY WAYNE PATTAN

FILED US District Court-UT
JAN 21 '21 PM 04:09

Address

**Name and Office of Person Furnishing Information on THIS FORM**: JOHN W. HUBER
☒ U.S. Att'y   ☐ Other U.S. Agency

Birth Date: 09/04/1986   ☒ Male  ☐ Female  ☐ Alien (if applicable)

**Name of Asst. U.S. Att'y (if assigned)**: BRANDEN MILES

Social Security Number:

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
KASEY BURRELL, ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: SALT LAKE COUNTY CENTRAL DIVISION

☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST
Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute, 21 U.S.C. § 841(a)(1), Possession of Psilocybin with Intent to Distribute; 21 U.S.C. § 841(a)(1), Possession of Marijuana with Intent to Distribute

Please issue a SUMMONS to: Scott C. Williams, Defense Counsel for James Hyo Kwong, 43 East 400 South, Salt Lake City, UT 84111

CUSTODY: NO

SEALED: YES

COURT: SLC

INTERPRETER: NO

Case: 1:21-cr-00009
Assigned To : Barlow, David
Assign. Date : 1/21/2021
Description: