**SEALED**

FILED
2021 JAN 22 AM 9:15
CLERK
U.S. DISTRICT COURT

JOHN W. HUBER, United States Attorney (No. 7226)
BRANDEN B. MILES, Special Assistant United States Attorney (No. 9777)
MARK E. WOOLF, Assistant United States Attorney (WA No. 39399)
Attorneys for the United States of America
111 S Main St., Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 | Fax: (801) 325-3310 | Mark.Woolf@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY WAYNE PATTAN,<br><br>Defendant. | Case No. 1:21-CR-00009-DBB<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>District Judge David Barlow |

Notice is hereby given of the entry of appearance of Mark E. Woolf, Assistant United States Attorney, as **co-counsel** for the United States of America in the above captioned matter for the purposes of all forfeiture related matters.  Please serve all further notices and copies of pleadings, papers and other materials relevant to this action upon:

Branden B. Miles (Lead Counsel)          Mark E. Woolf (Co-Counsel)
Special Assistant United States Attorney    Assistant United States Attorney
111 South Main St., Ste. 1800                111 South Main St., Ste. 1800
Salt Lake City, Utah 84111                    Salt Lake City, Utah 84111

Dated this 22nd day of January, 2021.

JOHN W. HUBER
United States Attorney

/s/ *Mark E. Woolf*

MARK E. WOOLF
Assistant U.S. Attorney