ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
BRANDEN B. MILES, Special Assistant United States Attorney (#9777)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. TIMOTHY WAYNE PATTAN, Defendant. | MOTION TO UNSEAL INDICTMENT 1:21-CR-00009 DBB Judge David B. Barlow |
|---|---|

The United States, by and through its undersigned counsel, respectfully requests that the Indictment in the above-referenced matter be unsealed. The defendant has been Indicted and is in custody in the Weber County Jail awaiting his Initial Appearance so the case no longer needs to be sealed.

DATED this _1st_ day of October 2021.

ANDREA T. MARTINEZ
Acting United States Attorney

*/s/ Branden B. Miles*_____
BRANDEN B. MILES
Special Assistant United States Attorney