IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY WAYNE PATTAN,<br><br>Defendant. | ORDER TO UNSEAL INDICTMENT<br><br><br>1:21-CR-00009 DBB<br><br>Judge David B. Barlow |

Based on the motion of the United States, and for good cause appearing, the Court hereby Orders the Indictment and this case be unsealed.

DATED this _____ day of October 2021.

_____
DAVID B. BARLOW
District Court Judge