IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY WAYNE PATTAN,<br><br>    Defendant. | ORDER TO UNSEAL INDICTMENT<br><br><br>1:21-CR-00009 DBB<br><br>Judge David B. Barlow |

Based on the motion of the United States, and for good cause appearing, the Court hereby Orders the Indictment and this case be unsealed.

DATED this 4th day of October 2021.

                                                                                              Daphne A. Oberg<br>                                                                                              Magistrate Court Judge