ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
BRANDEN B. MILES, Special Assistant United States Attorney (#9777)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:  (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>TIMOTHY PATTAN,<br><br>                    Defendant. | Case No. 1:21-CR-00009 DBB<br><br>INITIAL NOTIFICATION OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY<br><br>Judge David B. Barlow |

The United States of America, by and through the undersigned, hereby files its initial notification of compliance with its discovery obligations in this case and request for reciprocal discovery from the defendant.

The United States gives notice that the following is being or has been provided to counsel for the defendant via *USAfx*:

| Discovery produced: | Bate Numbered Documents: |
|---|---|
| NOC 01 | See attached Discovery Index |

As additional discoverable material becomes available, such material will be provided within a reasonable time.  Throughout this case, the United States will provide material discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendant to make a specific request for such material.  Upon the request of the defendant, the United States will permit and facilitate the defendant's own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the defendant (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c).  By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendant under DUCrimR 16-1(c), which states that the defendant must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

a.   Documents and tangible objects the defendant intends to introduce as evidence at trial;

b.   Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendant intends to call at trial; and

c.   A written summary of the testimony of any expert the defendant intends to use a trial under Federal Rules of Evidence 702, 703 and 705.

–2–

The United States requests that the defendant provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph.  Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

//

//

The United States also hereby requests all written and recorded statements by any witness other than the defendant whom the defendant intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

DATED this 8th day of October, 2021.

ANDREA T. MARTINEZ
Acting United States Attorney

*/s/ Branden B. Miles*
BRANDEN B. MILES
Special Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and

that a copy of the foregoing INITIAL NOTIFICATION OF COMPLIANCE was made available

to all parties identified below on October 8, 2021.


Tessa Hansen
*Attorney for Defendant T. Pattan*
Office of the Federal Public Defender - Utah
46 W. Broadway, Suite 110
Salt Lake City, Utah 84101


*/s/ Beth Z. McAlpin*
Beth Z. McAlpin
Legal Administrative Specialist

–4–

USV/Timothy Patton DISCOVERY INDEX

| CATEGORY | FOLDER NAME | DESCRIPTION | BATES BEGIN | BATES END | RELATED | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| **Media** | WMFS Bodycams | AXON_Body_2_Video_2020-07-13_1659.mp4 | BC-WMSF-01-00001 | BC-WMSF-01-00001 | | Agent | 1 |
| **Media** | WMSF Bodycams | AXON_Body_2_Video_2020-07-13_1700.mp4 | BC-WMSF-01-00002 | BC-WMSF-01-00002 | | Agent | 1 |
| **Media** | WMSF Bodycams | AXON_Body_2_Video_2020-07-13_1702.mp4 | BC-WMSF-01-00003 | BC-WMSF-01-00003 | | Agent | 1 |
| **Media** | WMSF Bodycams | AXON_Body_2_Video_2020-07-13_1704.mp4 | BC-WMSF-01-00004 | BC-WMSF-01-00004 | | Agent | 1 |
| **Media** | WMSF Bodycams | AXON_Body_2_Video_2020-07-13_1710.mp4 | BC-WMSF-01-00005 | BC-WMSF-01-00005 | | Agent | 1 |
| **Media** | WMSF Bodycams | AXON_Body_2_Video_2020-07-13_1730.mp4 | BC-WMSF-01-00006 | BC-WMSF-01-00006 | | Agent | 1 |
| **Media** | WMSF Bodycams | AXON_Body_2_Video_2020-07-13_1745.mp4 | BC-WMSF-01-00007 | BC-WMSF-01-00007 | | Agent | 1 |
| **Background** | Criminal History | III report | BG-TWP-01-00001 | BG-TWP-01-00001.02 | | Agent | 1 |
| **Background** | Criminal History | OTRACK report | BG-TWP-01-00002 | BG-TWP-01-00002.02 | | Agent | 1 |
| **Background** | Criminal History | UBI report | BG-TWP-01-00003 | BG-TWP-01-00003.16 | | Agent | 1 |
| **Media** | Case Photos | IMG_1721 | PH-01-00001 | PH-01-00001 | | Agent | 1 |
| **Media** | Case Photos | IMG_1723 | PH-01-00002 | PH-01-00002 | | Agent | 1 |
| **Media** | Case Photos | IMG_1731 | PH-01-00003 | PH-01-00003 | | Agent | 1 |
| **Media** | Case Photos | IMG_1732 | PH-01-00004 | PH-01-00004 | | Agent | 1 |
| **Media** | Case Photos | IMG_1733 | PH-01-00005 | PH-01-00005 | | Agent | 1 |
| **Media** | Case Photos | IMG_1734 | PH-01-00006 | PH-01-00006 | | Agent | 1 |
| **Media** | Case Photos | Photograph 20SO6085 | PH-01-00007 | PH-01-00007 | | Agent | 1 |
| **Investigative** | UBFS Lab Report | State Crime Lab N2020-0783 | RPT-UBFS-01-00001 | RPT-UBFS-01-00001.03 | | Agent | 1 |
| **Investigative** | WMSF Police Rpt | SOPD 20SO6085 | RPT-WMSF-01-00001 | RPT-WMSF-01-00001.21 | | Agent | 1 |
| **Investigative** | WMSF Police Rpt | SOPD 20SO6092 | RPT-WMSF-01-00002 | RPT-WMSF-01-00002.05 | | Agent | 1 |
| **Investigative** | WMSF Police Rpt | WMSNF 20N-464 | RPT-WMSF-01-00003 | RPT-WMSF-01-00003.08 | | Agent | 1 |
| **Background** | State Court | Forfeiture Order 200904466 | SC-01-00001 | SC-01-00001.02 | | Agent | 1 |
| **Search Warrant** | Search Warrant | SEARCH WARRANT 2120811 | SW-01-00001 | SW-01-00001.11 | | Agent | 1 |