SCOTT KEITH WILSON, Federal Public Defender (#7347)
TESSA M. HANSEN, Assistant Federal Public Defender (#14671)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email: Tessa_Hansen@fd.org

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | APPEARANCE OF COUNSEL |
|---|---|
| Plaintiff, | |
| v. | |
| TIMOTHY WAYNE PATTON, | Case No. 1:21-cr-00009 DBB |
| Defendant. | |

      TESSA M. HANSEN, Assistant Federal Public Defender, hereby enters her appearance as counsel for the Defendant, TIMOTHY WAYNE PATTON.

      DATED this 8th day of October, 2021.


                                               */s/ Tessa M. Hansen*
                                               TESSA M. HANSEN
                                               Assistant Federal Public Defender