**SEALED**

# United States District Court
for the
District of Utah

FILED US District Court-UT
OCT 18 '21 PM02:36

UNITED STATES OF AMERICA

v.

Timothy Wayne Pattan

Case No: 1:21-cr-00009-001 DBB

## ARREST WARRANT

**ORIGINAL**

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **TIMOTHY WAYNE PATTAN**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE/Possession of a Controlled Substance, Methamphetamine with Intent to Distribute
CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE-Possession of a Controlled Substance, Psilocyn with Intent to Distribute
MARIJUANA - SELL, DISTRIBUTE, OR DISPENSE/Possession of a Controlled Substance, Marijuana with Intent to Distribute

in violation of   21:841(a)(1)-Three Counts                                                                 United States Code.

D. Mark Jones                                                   Clerk of Court
Name of Issuing Officer                                         Title of Issuing Officer

[signature]                                                     January 21, 2021 at Salt Lake City, Utah
Signature of Issuing Officer                                    Date and Location

By: Jennifer Jensen
    Generalist Clerk

**WARRANT**

Bail fixed _____  by _____
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-22-2021 | Bobby Arnes DUSM | Bobby Arnes |
| DATE OF ARREST  8-12-2021 | | |